UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 24-2063-KK-PDx | Date: | March 26, 2025 |
| Title: | *Valerie Flores v. Amber Vang et al.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Dismissing Action Without Prejudice

    On December 11, 2024, the Court issued an Order denying Plaintiff's request to proceed <u>in forma pauperis</u> and requiring Plaintiff to pay the filing fee in full within 30 days.  ECF Docket No. ("Dkt.") 10.  Plaintiff was expressly advised failure to comply with this instruction would result in this action being dismissed without prejudice.  <u>Id.</u>

    To date, Plaintiff has not paid the required filing fee.  Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.  (JS-6)

    **IT IS SO ORDERED**.