JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE FLORES, | Case No. 5:24-cv-02063-KK-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| AMBER VANG, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Action as Duplicative of an existing action,

JUDGMENT IS HEREBY entered dismissing the action with prejudice.

Dated: July 21, 2025

_____
HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE